HOWARD A. SLAVITT (State Bar # 172840)
COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200
San Francisco, CA 94111-4213
Telephone: (415) 391-4800
Facsimile:  (415) 989-1663
E-mail:     has@cpdb.com

MICHAEL A. ALBERT (admitted pro hac vice)
GERALD B. HRYCYSZYN (State Bar # 227814)
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA  02210-2206
Telephone:  617-646-8000
Facsimile:  617-646-8646
E-mail:     malbert@wolfgreenfield.com
            ghrycyszyn@wolfgreenfield.com

Attorneys for Defendant
Franklin Sports, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC.<br><br>Plaintiff,<br><br>vs.<br><br>FRANKLIN SPORTS, INC.<br><br>Defendant. | Case No. C10-05210 PJH<br><br>**DEFENDANT FRANKLIN SPORTS, INC.'S LOCAL RULE 7-3(D) STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS**<br><br>Judge:  Hon. Phyllis J. Hamilton<br>Date:   March 23, 2011<br>Time:   9:00 a.m.<br>Courtroom: Courtroom 3, 3rd Floor |

Case No. 10-cv-05210 PJH
DEFENDANT FRANKLIN SPORTS, INC.'S STATEMENT OF RECENT DECISION

Defendant Franklin Sports, Inc. ("Franklin") respectfully submits, pursuant to Northern District of California Civil Local Rule 7-3(d), this Statement of Recent Decision in support of Defendant's Motion to Dismiss Pursuant to Rules 12(b)(6) and 9(b) and in the Alternative to Transfer Venue.

On March 15, 2011, the Federal Circuit issued a writ of mandamus (attached hereto as Exhibit A) in the case of In re BP Lubricants USA Inc., holding "that Rule 9(b)'s particularity requirement applies to false marking claims and that a complaint alleging false marking is insufficient when it only asserts conclusory allegations that a defendant is a 'sophisticated company' and 'knew or should have known' that the patent expired." No. 2010-M960, slip op., at 2 (Fed. Cir. Mar. 15, 2011). The Federal Circuit accordingly ordered dismissal of the case.

Dated: March 15, 2011                                WOLF, GREENFIELD & SACKS, P.C.

                                                     By:    /s/ Gerald. B. Hrycyszyn
                                                            Gerald B. Hrycyszyn
                                                            Michael A. Albert

                                                            Attorneys for Defendant
                                                            FRANKLIN SPORTS, INC.

Case No. 10-cv-05210 PJH
DEFENDANT FRANKLIN SPORTS, INC.'S STATEMENT OF RECENT DECISION

1

# CERTIFICATE OF SERVICE

I am employed in the County of Suffolk, State of Massachusetts. I am over the age of 18 and not a party to this action. My business address is WOLF, GREENFIELD & SACKS, P.C., 600 Atlantic Avenue, Boston, MA 02210-2206.

Pursuant to Civil L.R. 5-5 and 5-6, I hereby certify that on March 15, 2011, I caused service of a true and correct copy of the following document:

**DEFENDANT FRANKLIN SPORTS, INC.'S STATEMENT OF RECENT DECISION IN SUPPORT OF MOTION TO DISMISS PURSUANT TO RULES 12(b)(6) AND 9(b) AND IN THE ALTERNATIVE TO TRANSFER VENUE**

to be made in the manner described below.

By electronic filing with the Clerk of the Court using the CMECF System, which will send a Notice of Electronic Filing to all counsel of record who have filed a Notice of Consent to Electronic Service in this action.

**COUNSEL FOR PLAINTIFF SAN FRANCISCO TECHNOLOGY, INC.**
Katherine G. Spelman
Daniel H. Fingerman
MOUNT & STOELKER, P.C.
RiverPark Tower, Suite 1650
333 West San Carlos Street
San Jose, CA 95111-2740
Telephone: 408-279-7000
Facsimile: 408-998-1473
Email: kspelman@mount.com
    dfingerman@mount.com

**COUNSEL FOR DEFENDANT FRANKLIN SPORTS, INC.**
Michael A. Albert
Gerald B. Hrycyszyn
WOLF, GREENFIELD & SACKS, P.C.
600 Atlantic Avenue
Boston, MA 02210-2206
Telephone:   617-646-8000

Case No. 10-cv-05210 PJH
DEFENDANT FRANKLIN SPORTS, INC.'S STATEMENT OF RECENT DECISION

2

Facsimile: 617-646-8646
E-mail: malbert@wolfgreenfield.com
ghrycyszyn@wolfgreenfield.com

I declare that I am a member of the State Bar of California and permitted to practice before this Court at whose direction the service was made and declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on March 15, 2011 at Boston, Massachusetts.

/s/ Gerald. B. Hrycyszyn

Case No. 10-cv-05210 PJH
DEFENDANT FRANKLIN SPORTS, INC.'S STATEMENT OF RECENT DECISION

3