1  HOWARD A. SLAVITT (State Bar # 172840)
   COBLENTZ, PATCH, DUFFY & BASS, LLP
2  One Ferry Building, Suite 200
   San Francisco, CA 94111-4213
3  Telephone:  (415) 391-4800
   Facsimile:  (415) 989-1663
4  E-mail:       has@cpdb.com
5
6  MICHAEL A. ALBERT (admitted pro hac vice)
   GERALD B. HRYCYSZYN (State Bar # 227814)
7  WOLF, GREENFIELD & SACKS, P.C.
   600 Atlantic Avenue
8  Boston, MA  02210-2206
   Telephone:  617-646-8000
9  Facsimile:  617-646-8646
   E-mail:       malbert@wolfgreenfield.com
10                ghrycyszyn@wolfgreenfield.com
11
   Attorneys for Defendant
12 Franklin Sports, Inc.

13              UNITED STATES DISTRICT COURT

14             NORTHERN DISTRICT OF CALIFORNIA

15                    OAKLAND DIVISION

16

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC. | Case No. C10-05210 PJH |
| Plaintiff, | **STIPULATION OF TRANSFER** AND ORDER |
| vs. | Judge:      Hon. Phyllis J. Hamilton |
| FRANKLIN SPORTS, INC. | |
| Defendant. | |

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 10-cv-05210 PJH
STIPULATION OF TRANSFER

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, san francisco, ca 94111-4213
(415) 391-4800 • fax (415) 989-1663

1   Plaintiff San Francisco Technology, Inc. ("SF Tech") and Defendant Franklin Sports, Inc.

2   ("Franklin"), by and through their respective counsel, jointly stipulate as follows.

3   WHEREAS Franklin filed a motion seeking dismissal of SF Tech's claims against

4   Franklin pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), and, in the alternative, to transfer this

5   action to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. §

6   1404(a) (D.I. 19).

7   WHEREAS SF Tech does not oppose Franklin's request to transfer venue to the District of

8   Massachusetts.

9   NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the

10   undersigned parties as follows:

11   1.   The court may transfer this case to the United States District Court for the District of

12   Massachusetts; and

13   2.   Franklin's Motion to Dismiss is deferred for ruling by the District of Massachusetts.

14

15   **SIGNATURES**

16   In accordance with General Order 45.X.B., Gerald B. Hrycyszyn, counsel for Franklin,

17   attests that each other signatory listed below has concurred in this filing.

18

19   Date: March 23, 2011                Mount, Spelman & Fingerman, P.C.,
                                                    /s/ Daniel H. Fingerman
20                                          Counsel for San Francisco Technology, Inc.

21

22   Date: March 23, 2011                Wolf, Greenfield & Sacks, P.C.
                                                    /s/ Gerald B. Hrycyszyn
23                                          Counsel for Franklin Sports Inc.

24
      PURSUANT TO STIPULATION, IT IS SO ORDERED.  This case will be transferred to the
25   District of Massachusetts and the Motion to Dismiss deferred for ruling by the District of
      Massachusetts.
26
      Dated: ____3/23/11_____          _____
27                                          HON. PHYLLIS J. HAMILTON
                                                    United States District

IT IS SO ORDERED
Judge Phyllis J. Hamilton

28

COBLENTZ, PATCH, DUFFY & BASS, LLP
One Ferry Building, Suite 200, san francisco, ca 94111-4213
(415) 391-4800 • fax (415) 989-1663