1  HOWARD A. SLAVITT (State Bar # 172840)
   COBLENTZ, PATCH, DUFFY & BASS, LLP
2  One Ferry Building, Suite 200
3  San Francisco, CA 94111-4213
   Telephone: (415) 391-4800
4  Facsimile: (415) 989-1663
   E-mail:    has@cpdb.com
5

6  MICHAEL A. ALBERT (admitted pro hac vice)
   GERALD B. HRYCYSZYN (State Bar # 227814)
7  WOLF, GREENFIELD & SACKS, P.C.
   600 Atlantic Avenue
8  Boston, MA 02210-2206
   Telephone: 617-646-8000
9  Facsimile: 617-646-8646
   E-mail:    malbert@wolfgreenfield.com
10            ghrycyszyn@wolfgreenfield.com
11
   Attorneys for Defendant
12 Franklin Sports, Inc.

13                UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                      OAKLAND DIVISION

| | |
|---|---|
| SAN FRANCISCO TECHNOLOGY, INC. | Case No. C10-05210 PJH |
| Plaintiff, | **STIPULATION OF TRANSFER** AND ORDER |
| vs. | Judge: Hon. Phyllis J. Hamilton |
| FRANKLIN SPORTS, INC. | |
| Defendant. | |

Case No. 10-cv-05210 PJH
STIPULATION OF TRANSFER

Plaintiff San Francisco Technology, Inc. ("SF Tech") and Defendant Franklin Sports, Inc. ("Franklin"), by and through their respective counsel, jointly stipulate as follows.

WHEREAS Franklin filed a motion seeking dismissal of SF Tech's claims against Franklin pursuant to Fed. R. Civ. P. 9(b) and 12(b)(6), and, in the alternative, to transfer this action to the United States District Court for the District of Massachusetts pursuant to 28 U.S.C. § 1404(a) (D.I. 19).

WHEREAS SF Tech does not oppose Franklin's request to transfer venue to the District of Massachusetts.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between counsel for the undersigned parties as follows:

1. The court may transfer this case to the United States District Court for the District of Massachusetts; and

2. Franklin's Motion to Dismiss is deferred for ruling by the District of Massachusetts.

**SIGNATURES**

In accordance with General Order 45.X.B., Gerald B. Hrycyszyn, counsel for Franklin, attests that each other signatory listed below has concurred in this filing.

Date: March 23, 2011         Mount, Spelman & Fingerman, P.C.,
                                      /s/ Daniel H. Fingerman
                             Counsel for San Francisco Technology, Inc.

Date: March 23, 2011         Wolf, Greenfield & Sacks, P.C.
                                      /s/ Gerald B. Hrycyszyn
                             Counsel for Franklin Sports Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED. This case will be transferred to the District of Massachusetts and the Motion to Dismiss deferred for ruling by the District of Massachusetts.

Dated: 3/23/11 _____    _____
                                         HON. PHYLLIS J. HAMILTON
                                         United States District

Case No. 10-cv-05210 PJH
STIPULATION OF TRANSFER

1